**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KATHRYN A. BLACK**                                                        **PLAINTIFF**

**VS.**                              **CASE NO. 4:08CV0580 JMM/HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge

H. David Young.  No objections have been filed.  After careful review, the Court concludes that

the Findings and Recommendations should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE