IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHRYN A. BLACK                                                    Plaintiff

v.                              4:08CV00580 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                            Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 31st day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE